COMPLAINT BY A PRISONER UNDER CIVIL RIGHTS ACT, 42 U.S.C 1983

NAME __WEAVER__   __WILLIE__   _____
     (LAST)       (FIRST)     (INITIAL)

PRISONER NUMBER __J-91389__

INSTITUTIONAL ADDRESS __PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__WILLIE WEAVER__
(ENTER THE FULL NAME OF PLAINTIFF IN THIS ACTION)

VS.

__MAIL ROOM THIRD WATCH, CORRECTIONAL OFFICERS 05/19/05__

(ENTER THE FULL NAME OF DEFENDANT(S) IN THIS ACTION)

CASE NO. _____
(TO BE PROVIDED BY THE CLERK OF COURT)

COMPLAINT UNDER THE CIVIL RIGHT ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM MUST BE ANSWERED IN ORDER FOR YOUR ACTION TO PROCEED...)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
NOTE: YOU MUST EXHAUST YOUR ADMINISTRATIVE REMEDIES BEFORE CLAIMS CAN GO FORWARD, THE COURT WILL DISSMISS ANY UNEXHAUSTED CLAIMS)
A. PLACE OF PRESENT CONFINEMENT __P.S.U__
B. IS THERE A GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (✓)  NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR COMPLAINT FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE? YES (✓) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE APPEAL NUMBER AND THE DATE AND RESULT OF THE COMPLAINT

-1-

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.
1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
YES ( )   NO (✗)

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE.
EXPLAIN WHY. __STILL BEING PROCESSED__

II. PARTIES
A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS. DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. __WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA 95531.__

B. WRITE THE FULL NAME OF EACH DEFENDANT HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
__PELICAN BAY STATE PRISON MAIL ROOM THIRD WATCH CORRECTIONAL OFFICERS ON 05/19/08.__

COMPLAINT - 2 -

STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and how to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

For two weeks plaintiff have not received no mail, mail room and third watch correctional officers P.S.U. are in conspiracy of holding plaintiff mail over two weeks. Defendant(s) showed deliberate indifference under the Eight Amendment that constitue cruel unusual punishment on 05/19/08

IV. RELIEF

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want are the court to do for you. Make no legal arguments, cite no cases or statutes.

Liability damages: 50,000 fifty thousand dollars due to: Harrassment's, conspiracy, U.S. constitution violation

Punitive damages: 50,000 fifty thousand dollars due to: mental anguish, stress disorder

I declare under penalty of perjury that the forgoing is true and correct. Signed this 05 day of 19 20 08

COMPLAINT - 3 -